IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK A. BROWN,<br>    Petitioner, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 13-CV-3068<br>: |
| JOHN KERESTES, *et al.*,<br>    Respondents. | :<br>: |

## ORDER

**AND NOW**, this 16th day of December, 2022, in consideration of Petitioner Mark A. Brown's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 53), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this case for purposes of considering the Motion.

2. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Brown's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

3. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4. The Clerk of Court is **DIRECTED** to close this case.

                                      **BY THE COURT:**

                                      */s/ Eduardo C. Robreno*
                                      **EDUARDO C. ROBRENO, J.**